**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-2087**

---

JOHN W. GAUS; CHARLOTTE GAUS, his wife,

Plaintiffs - Appellants,

versus

CONSOLIDATION COAL COMPANY;

Defendant - Appellee,

and

DBT AMERICA, INCORPORATED, a Delaware
Corporation; CONSOL, INCORPORATED,

Defendants.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (CA-00-150-5)

---

Submitted: February 28, 2003     Decided: March 10, 2003

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stephen P. Goodwin, Raymond S. Franks, II, GOODWIN & GOODWIN,
Charleston, West Virginia, for Appellants. James R. Miller, Rodger
L. Puz, DICKIE, MCCAMEY & CHILCOTE, P.C., Pittsburgh, Pennsylvania,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Gaus and Charlotte Gaus appeal the district court's order granting summary judgment to Consolidation Coal Company in this civil tort action. The lower court's decision was predicated upon a conclusion that West Virginia's workers' compensation scheme was the exclusive remedy for John Gaus' work-related injury. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gaus v. Consolidation Coal Co., No. CA-00-150-5 (N.D.W. Va. Aug. 13, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2